NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

METLAKATLA INDIAN COMMUNITY,
*Appellant,*

v.

KATHLEEN SEBELIUS, SECRETARY OF HEALTH
AND HUMAN SERVICES,
*Appellee.*

---

2010-1378

---

Appeal from the Civilian Board of Contract Appeals in case no. 282-ISDA, Administrative Judge Jeri Kaylene Somers.

---

ON MOTION

---

## O R D E R

Kathleen Sebelius, Secretary of Health and Human Services, moves for a 42-day extension of time, until February 14, 2011, to file her brief due to settlement negotiations,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Geoffrey D. Strommer, Esq.
      Jacob A. Schunk, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2010

JAN HORBALY
CLERK